*985
 
 Judgment modified and matter remitted to the Supreme Court, Richmond County, so as to provide for the imposition of a sentence to run concurrently instead of consecutively and, as so modified, affirmed. (Penal Law, § 1938.) No opinion.
 

 Concur: Chief Judge Desmond and Judges Fuld, Van Voorhis, Burke and Bergan. Judges Dye and Scileppi dissent and vote to affirm. (See
 
 People ex rel. Maurer
 
 v.
 
 Jackson,
 
 2 N Y 2d 259;
 
 People
 
 v.
 
 Erickson,
 
 302 N. Y. 461; cf.
 
 People
 
 v.
 
 Di Lapo,
 
 14 N Y 2d 170.) The consecutive sentence was permissible under section 1938 of the Penal Law.